AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

TRACY HARRIS )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No.
)
FBCS. INC ) **1:24-CV-0970**
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FBCS INC.
330 S Warminster Road, Suite 353
Hatboro, PA 19040

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 16 2024

KEVIN P. WEIMER, Clerk
By_____ Clerk

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Tracy Harris
401 17th St NW, APT 1302
Atlanta GA, 30363

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date: **MAR 0 5 2024**

_____
*Signature of Clerk or Deputy Clerk*

6002-53

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __FBCS INC.__

was received by me on *(date)* __03/18/2024__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* __USPS Certified Mail__


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __03/21/2024__

/s/Tracy Harris
*Server's signature*

Tracy Harris
*Printed name and title*

401 17th St NW
Apt 1302
Atlanta GA 30363
*Server's address*

Additional information regarding attempted service, etc:

6002-54

## Electronic Delivery Confirmation™

**USPS CERTIFIED MAIL™**

Tracy Harris
401 17TH ST NW APT 1302
ATLANTA GA 30363-1034

$5.28  US POSTAGE
FIRST-CLASS
Mar 12 2024
Mailed from ZIP 97230
2 OZ FIRST-CLASS MAIL LETTER RATE
11923275



062S0014418049

**USPS CERTIFIED MAIL**



9407 1118 9876 5407 6189 69

FBCS INC.
330 S WARMINSTER RD STE 353
HATBORO PA 19040-3433

| | |
|---|---|
| Reference | TH - FBCS Service |
| USPS # | 9407111898765407618969 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered to an individual at the address at 10:33 am on March 18, 2024 in HATBORO, PA 19040. |
| USPS History | Arrived at USPS Regional Destination Facility, 03/17/2024, 3:50 am, PHILADELPHIA PA DISTRIBUTION CENTER |
| | In Transit to Next Facility, 03/16/2024 |
| | In Transit to Next Facility, 03/15/2024 |
| | In Transit to Next Facility, 03/14/2024 |
| | Arrived at USPS Origin Facility, 03/13/2024, 12:13 am, PORTLAND, OR 97215 |
| | Accepted at USPS Origin Facility, March 12, 2024, 10:58 pm, PORTLAND, OR 97230 |
| | Shipment Received, Package Acceptance Pending, March 12, 2024, 6:09 pm, PORTLAND, OR 97230 |
| | Shipping Label Created, USPS Awaiting Item, 03/12/2024, 12:55 am, PORTLAND, OR 97230 |

**Electronic Delivery Confirmation Report © 2024 Certified Mail Envelopes, Inc. All rights reserved.**
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com. USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2024** Certified Mail Envelopes, Inc. www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified: 03/19/2024 06:52:08 (UTC)**

6002-55

Tracy Harris
401 17TH ST NW APT 1302
ATLANTA GA 30363-1034



Mar 29 2024
ZIP 97230

$0.64  US POSTAGE
1 OZ FIRST-CLASS MAIL LETTER RATE
FIRST-CLASS
11923275
062S0011485644

United States District Court
Northern District of Georgia Clerks Office
75 TED TURNER DR SW STE 2211
ATLANTA GA 30303-3318

6002-52