# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

TRACY HARRIS,

        Plaintiff,

v.

                                  Civil No. 1:24-cv-00970-MLB-JKL

FBCS, INC., and TRANSUNION LLC,

        Defendants.

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE MICHAEL L. BROWN:

The parties respectfully notify the Court that Plaintiff Tracy Harris and Defendant Trans Union LLC have settled all claims between them in this matter. Each party will bear its own attorneys' fees and court costs. Trans Union and Plaintiff Tracy Harris will present dismissal documents to the Court as soon as possible. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

                                          Respectfully submitted,

                                          */s/ Mary Heliane Fabian*
                                          Paul W. Sheldon
                                          Georgia Bar No. 947098
                                          psheldon@qslwm.com
                                          Mary Heliane Fabian, *Pro Hac Vice*
                                          hfabian@qslwm.com
                                          Quilling, Selander, Lownds, Winslett & Moser, PC
                                          6900 N. Dallas Parkway, Suite 800
                                          Plano, Texas 75024

1

(214) 560-5453
(214) 871-2111 Fax
*and*
Alex Michael Barfield
alex.barfield@tuckerellis.com
Tucker Ellis LLP
(Atlanta Financial Center)
3343 Peachtree Rd NE
Suite 145-1574
Atlanta, GA 30326
404-678-6366
Fax: 404-678-6380
***Counsel for Trans Union LLC***

Respectfully submitted,

*/s/Tracy Harris*
Tracy Harris
htracy58@gmail.com
401 17th Street NW, Apt. 1302
Atlanta, GA 30363
(334) 318-8807
***Pro Se Plaintiff***

## LOCAL RULE 5. 1 CERTIFICATION

I hereby certify that the above Joint Notice of Settlement has been prepared in Times New Roman 14-point font in accordance with Local Rule 5.1.

           */s/ Mary Heliane Fabian*
           **MARY HELIANE FABIAN**

## CERTIFICATE OF SERVICE

I hereby certify on June 24, 2024 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

John H. Bedard, Jr.
jbedard@bedardlawgroup.com
Jonathan K. Aust
jaust@bedardlawgroup.com
Bedard Law Group, P.C.
Suite 310
4855 River Green Parkway
Duluth, GA 30096
678-253-1871 ext.244
Fax: 378-860-1873
***Counsel for FBCS Inc.***

I further certify that I have e-mailed the above foregoing document to the following non-CM/ECF participants:

Tracy Harris
htracy58@gmail.com
401 17th Street NW, Apt. 1302
Atlanta, GA 30363
(334) 318-8807
***Pro Se Plaintiff***

                              */s/ Mary Heliane Fabian*
                              **MARY HELIANE FABIAN**