# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

Tracy Harris,

        Plaintiff,

v.                              Case No. 1:24-cv-970-MLB

FBCS Inc.,

        Defendant.

_____/

## ORDER

Defendant filed a Suggestion of Bankruptcy (Dkt.25), stating that this matter is stayed because Defendant filed for Chapter 7 Bankruptcy on August 29, 2024, in the United States Bankruptcy Court for the Eastern District of Pennsylvania.  Pursuant to 11 U.S.C. § 362(a), this matter is **STAYED** during the pendency of the bankruptcy proceedings in the United States Bankruptcy Court.  The parties promptly shall notify the Court once the bankruptcy proceedings have concluded or when the case is otherwise ready to proceed.  The Court **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this matter during the period of the stay.

**SO ORDERED** this 5th day of September, 2024.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE

2